UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY JON FRAZER,<br><br>           Plaintiff,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT,<br><br>           Defendant. | NO.  CV-06-037-CI<br><br>ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND MOTION FOR RECONSIDERATION |

    BEFORE THE COURT is Plaintiff's Motion (Application) to Appoint Counsel (Ct. Rec. 13), as well as his Motion for Reconsideration (Ct. Rec. 15) and his Motion for Reconsideration Appointment of Counsel (Ct. Rec. 16).  These motions were heard without oral argument on the date signed below.

    After review of the record and for the reasons set forth in the Order to Amend or Voluntarily Dismiss Complaint and the Order Denying Motion for Appointment of Counsel (Ct. Rec. 10), **IT IS ORDERED** Plaintiff's Motions (Ct. Recs. 13, 15, and 16) are **DENIED**.  If Plaintiff wishes to request an extension of time to file an amended complaint or a motion to voluntarily dismiss, he must make his request in the form of a motion which is properly noted for hearing as required by LR 7.1(h), Local Rules for the Eastern District of Washington.

ORDER DENYING MOTIONS -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

DATED May 16, 2006.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTIONS -- 2