UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY JON FRAZER, ) | No. CV-06-037-CI |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR RECONSIDERATION |
| v. ) | OF DENIAL OF APPOINTMENT OF |
| ) | COUNSEL |
| MAGGIE MILLER-STOUT, HAROLD ) | |
| CLARKE, and PATRICK McCARTHY, ) | |
| ) | |
| Defendants. ) | |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration of the court's Order denying his Motion for appointment of counsel. (Ct. Rec. 62.) Plaintiff is proceeding pro se; Assistant Attorney General Mary Catherine McLachlan represents Defendants. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 34.)

On October 5, 2006, the court denied Plaintiff's Motion for Appointment of Counsel, based on Plaintiff's failure to show "exceptional circumstances" that warrant appointment of counsel at this time. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). (Ct. Rec. 60.) Plaintiff moves the court to reconsider its order denying appointment of counsel which the court construes as a motion for revision under FED. R. CIV. P. 54(b). Plaintiff has not presented new information to show exceptional circumstances. Accordingly,

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF APPOINTMENT OF COUNSEL - 1

1    **IT IS ORDERED** Plaintiff's Motion for Reconsideration (**Ct. Rec.**
2    **62**) is **DENIED**.
3       DATED November 29, 2006.
4
5                  S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF APPOINTMENT OF COUNSEL - 2