UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY JON FRAZER,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAGGIE MILLER-STOUT, et al.,<br><br>            Defendants. | NO.  CV-06-037-CI<br><br>ORDER DISMISSING COMPLAINT<br>WITH PREJUDICE |

　　BEFORE THE COURT is Plaintiff Jeffrey Jon Frazer's Motion for Dismissal of Action with Prejudice, pursuant to Fed. R. Civ. P. (a)(2). Defendants have been served in this action, and do not object to dismissal.  (Ct. Rec. 73.)  Accordingly, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 72)** is **GRANTED,** and the Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in Plaintiff's Motion**.**

　　**IT IS SO ORDERED**.   The District Court Executive is directed to enter this Order, enter judgment of dismissal with prejudice, forward a copy to Plaintiff and counsel for Defendants, and close the file.

　　DATED January 11, 2007.


　　　　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 1