UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JEFFREY JON FRAZER,            )
                               )
         Plaintiff,            )
                               )  NO.  CV-06-037-CI
    v.                         )
                               )
MAGGIE MILLER-STOUT, et al,    )  **JUDGMENT**
                               )
         Defendants.           )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** and Judgment is entered.

DATED this 11th day of January, 2006.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal, Deputy Clerk